**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.**

No. 140.

Circuit Court of Appeals, Second Circuit.

May 29, 1933.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key, J. Louis Monarch, and John H. McEvers, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Ottamar Hamele, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for petitioner.

Frederick L. Allen, Gen. Counsel, of New York City, and Wm. Marshall Bullitt, Sp. Counsel, of Louisville, Ky. (Edmund B. Quiggle, of Washington, D. C., of counsel), for respondent.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed.

■

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. UNITED OIL COMPANY, Respondent.**

No. 7200.

Circuit Court of Appeals, Ninth Circuit.

June 27, 1933.

Sewall Key, Sp. Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Frederick O. Graves, of Washington, D. C., for respondent.

Before SAWTELLE and GARRECHT, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, ordered that judgment be entered herein that the deficiency in federal income tax for the taxable years 1923 and 1924 is $2.45 and $3,693.43, respectively, and that there is an overpayment of federal income tax for the taxable year 1925 in the amount of $18,966.97.

■

**CRUTCHER INVESTMENT CORPORATION et al., Appellants, v. John Q. FINFROCK, Trustee in Bankruptcy of the Whitlock Metered Mail Co., Ltd., Bankrupt, Appellee.**

No. 7137.

Circuit Court of Appeals, Ninth Circuit.

June 5, 1933.

E. D. Reiter, of Los Angeles, Cal., and Reuben G. Hunt, of San Francisco, Cal., for appellants.

Victor P. Showers, of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, with prejudice, and without costs to either side; mandate forthwith.